# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

November 12, 2020

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Sanket J. Bulsara, U.S.M.J.
225 Cadman Plaza East
Courtroom 324N
Brooklyn, NY 11201-1804

    *Re:*    Macas v. Alex's Auto Body 1 Inc., *et ano.*
            Case No.: 1:18-cv-7184 (RJD) (SJB)
            <u>MLLG File No.: 120-2019_____</u>

Dear Judge Bulsara:

       This office represents the Defendants in the above-referenced case.  <u>See</u> Docket Entry 17.  Defendants write jointly with to respectfully request a three (3) week extension of time to submit the parties' joint motion for settlement approval.

       Pursuant to ¶ II(A) of this Court's Individual Practices, the parties submit that: (i) the original date to submit the joint motion is Monday, November 16, 2020, and the proposed new date is Monday, December 7, 2020; (ii) the reason for the requested extension is because the parties need additional time to finalize the settlement agreement and due to the upcoming holidays; (iii) the application is submitted jointly and thus is on consent.

       Accordingly, the parties respectfully submit that there is good cause for the requested extension of time.  The parties thank this Court for its time, attention, and anticipated courtesies in this case.

Dated:  Lake Success, New York
        November 12, 2020           Respectfully submitted,

                                                   **MILMAN LABUDA LAW GROUP PLLC**

                                                   __*/s Emanuel Kataev, Esq.*_____
                                                   Emanuel Kataev, Esq.
                                                   3000 Marcus Avenue, Suite 3W8
                                                   Lake Success, NY 11042-1073
                                                   (516) 328-8899 (office)
                                                   (516) 303-1395 (direct dial)
                                                   (516) 328-0082 (facsimile)
                                                   emanuel@mllaborlaw.com

                                                   *Attorneys for Defendants*

**VIA ECF**
Valli Kane & Vagnini LLP
<u>Attn</u>: Robert R. Barravecchio & Alexander M. White, Esqs.
600 Old Country Road, Suite 519
Garden City, NY 11530-2001
rrb@vkvlawyers.com
awhite@vkvlawyers.com

*Attorneys for Plaintiff*