# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

July 16, 2021

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Sanket J. Bulsara, U.S.M.J.
225 Cadman Plaza East
Courtroom 324N
Brooklyn, NY 11201-1804

      *Re:*    **Macas v. Alex's Auto Body 1 Inc.,** *et ano.*
              **Case No.: 1:18-cv-7184 (RJD) (SJB)**
              <u>**MLLG File No.: 120-2019**_____</u>

Dear Judge Bulsara:

       This office represents the Defendants in the above-referenced case.  <u>See</u> Docket Entry 17.  Defendants write jointly with Plaintiff to respectfully request an extension of time to submit the parties' joint motion for settlement approval.

       Pursuant to ¶ II(A) of this Court's Individual Practices, the parties submit that: (i) the original date to submit the joint motion is today, July 16, 2021, and the proposed new date is Friday, July 23, 2021; (ii) the reason for the requested extension is because counsel for Defendants needs additional time to prepare the joint letter motion; and (iii) the application is submitted jointly and thus is on consent.

       Accordingly, the parties respectfully submit that there is good cause for the requested extension of time.  <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).  The parties thank this Court for its time, attention, and anticipated courtesies in this case.

Dated: Lake Success, New York
       July 16, 2021                        Respectfully submitted,

                                               **MILMAN LABUDA LAW GROUP PLLC**
                                               __*/s Emanuel Kataev, Esq.*_____
                                               Emanuel Kataev, Esq.
                                               3000 Marcus Avenue, Suite 3W8
                                             Lake Success, NY 11042-1073
                                             (516) 328-8899 (office)
                                             (516) 303-1395 (direct dial)
                                             (516) 328-0082 (facsimile)
                                             emanuel@mllaborlaw.com

                                             *Attorneys for Defendants*

**VIA ECF**
Valli Kane & Vagnini LLP
<u>Attn</u>: Robert R. Barravecchio & Alexander M. White, Esqs.
600 Old Country Road, Suite 519
Garden City, NY 11530-2001
rrb@vkvlawyers.com
awhite@vkvlawyers.com

*Attorneys for Plaintiff*