# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
———

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 11, 2022

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Sanket J. Bulsara, U.S.M.J.
225 Cadman Plaza East
Courtroom 324N
Brooklyn, NY 11201-1804

   *Re:* **Macas v. Alex's Auto Body 1 Inc.,** *et ano.*
     **Case No.: 1:18-cv-7184 (RJD) (SJB)**
     <u>**MLLG File No.: 120-2019**     </u>

Dear Judge Bulsara:

  This office represents the Defendants in the above-referenced case.  <u>See</u> Docket Entry 17.  Defendants write to respectfully inquire as to whether the parties themselves – rather than just their counsel – must appear for the in-person conference before this Court scheduled to proceed on Monday, March 14, 2022 at 1:30 PM.

  If so, your undersigned is prepared to appear with his client and Defendants respectfully request that Plaintiff be required to appear in person, as well.

  Defendants thank this Court for its time and attention to this case.

Dated: Lake Success, New York
    March 11, 2022

                Respectfully submitted,

                **MILMAN LABUDA LAW GROUP PLLC**

                _____/s_____
                Emanuel Kataev, Esq.
                3000 Marcus Avenue, Suite 3W8
                Lake Success, NY 11042-1073
                (516) 328-8899 (office)
                (516) 303-1395 (direct dial)
                (516) 328-0082 (facsimile)
                emanuel@mllaborlaw.com

**VIA ECF**
Plaintiff