# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 29, 2022

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Sanket J. Bulsara, U.S.M.J.
225 Cadman Plaza East
Courtroom 324N
Brooklyn, NY 11201-1804

    *Re:*    **Macas v. Alex's Auto Body 1 Inc.,** *et ano.*
           **Case No.: 1:18-cv-7184 (RJD) (SJB)**
           <u>**MLLG File No.: 120-2019**</u>

Dear Judge Bulsara:

      This office represents the Defendants in the above-referenced case. <u>See</u> Docket Entry 17. Defendants write jointly with Plaintiff to inform the Court that the parties have met and conferred concerning this Court's March 14, 2022 minute entry & Order regarding how the parties wish to proceed with briefing any motion to enforce an oral settlement agreement. The parties have agreed that Defendants will move by letter motion to enforce the oral settlement agreement reached on the record on or before April 11, 2022, and that Plaintiff's deadline to oppose the aforesaid letter motion will be stayed *sine die* pending the conference currently scheduled for April 14, 2022 at 4:00 PM. The parties thank this honorable Court for its time and attention to this case.

Dated: Lake Success, New York
       March 29, 2022

                                          Respectfully submitted,
                                          **MILMAN LABUDA LAW GROUP PLLC**
                                          <u>*  /s Emanuel Kataev, Esq.*</u>
                                          Emanuel Kataev, Esq.
                                          3000 Marcus Avenue, Suite 3W8
                                          Lake Success, NY 11042-1073
                                          (516) 328-8899 (office)
                                          (516) 303-1395 (direct dial)
                                          (516) 328-0082 (facsimile)
                                          emanuel@mllaborlaw.com

                                          *Attorneys for Defendants*

**VIA ECF**
Valli Kane & Vagnini LLP
<u>Attn</u>: Robert R. Barravecchio, Esq.
600 Old Country Road, Suite 519
Garden City, NY 11530-2001
rrb@vkvlawyers.com

*Attorneys for Plaintiff*