

## Valli Kane & Vagnini
### Employee Rights Attorneys

600 Old Country Road  
Suite 519  
Garden City, NY

Tel: (516) 203-7180  
Fax: (516) 706-0248  
www.vkvlawyers.co

April 13, 2022

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Sanket J. Bulsara, U.S.M.J.
225 Cadman Plaza East
Courtroom 324N
Brooklyn, NY 11201-1804

 *Re:* **Macas v. Alex's Auto Body 1, Inc.,** *et ano.*
    **Case No.: 1:18-cv-7184 (RJD) (SJB)**

Dear Judge Bulsara:

 As this Court is aware, this office represents Freddy V. Macas ("Plaintiff") in the above-captioned matter against Alex's Auto Body 1, Inc., and Alexander Khaimov (collectively, "Defendants"). Plaintiff's counsel writes to request an adjournment of the conference set for tomorrow and apologizes for the late request as the undersigned is suddenly not feeling well.

 Pursuant to this Court's Individual Practices ¶ II(A): (i) the date for the hearing is tomorrow and this is our first request for an adjournment; (ii) the reason for the request is because Plaintiff's counsel is not feeling well; and (iii) Defendants consent to this request.

 Accordingly, Plaintiff respectfully requests that this Court adjourn the conference set for tomorrow and provide a new date. We will notify Mr. Macas of the adjournment via email and telephone once the Court is able to issue an order regarding same. Plaintiff thanks this Court for its time, attention, and anticipated courtesies in this case.

          Respectfully Submitted,

          <u>/s/ *Robert R. Barravecchio*</u>
          Robert R. Barravecchio, Esq.

cc: counsel of record (*via* ECF)