# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

May 23, 2022

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Sanket J. Bulsara, U.S.M.J.
225 Cadman Plaza East
Courtroom 324N
Brooklyn, NY 11201-1804

   *Re:* **Macas v. Alex's Auto Body 1 Inc.,** *et ano.*
      **Case No.: 1:18-cv-7184 (RJD) (SJB)**
      <u>**MLLG File No.: 120-2019**</u>

Dear Judge Bulsara:

  This office represents the Defendants in the above-referenced case.  <u>See</u> Docket Entry 17.  Defendants write with Plaintiff's counsel to provide a status update on settlement pursuant to this Court's April 28, 2022 status conference minute entry and Order.

  On May 2, 2022, Plaintiff retrieved his tools.  On May 23, 2022, Defendants provided – at Plaintiff's request on May 4, 2022 – a revised settlement agreement.  Defendants respectfully request that the time be utilized at tomorrow's conference to resolve any questions Plaintiff may have and, assuming Plaintiff is so amenable, having Plaintiff sign the agreement in open court.

  Defendants thank this Court for its time and attention to this case.

Dated: Lake Success, New York
    May 23, 2022

                Respectfully submitted,

                **MILMAN LABUDA LAW GROUP PLLC**
                _____/s_____
                Emanuel Kataev, Esq.
                3000 Marcus Avenue, Suite 3W8
                Lake Success, NY 11042-1073
                (516) 328-8899 (office)
                (516) 303-1395 (direct dial)
                (516) 328-0082 (facsimile)
                emanuel@mllaborlaw.com

**VIA ECF**
Plaintiff