AO 85A (Rev. 02/17) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

Macas, Plaintiff
v.
Alex's Auto Body I, Inc., et ano., Defendant

Civil Action No. 1:18-cv-7184 (RJD)(SJB)

## NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below (*identify each motion by document number and title*).

Motions: letter motion for settlement approval

| Printed names of parties and attorneys | Signatures of parties or attorneys | Dates |
| --- | --- | --- |
| Freddy V. Macas | [signature] | 5/24/22 |
| Alex's Auto Body I, Inc. | [signature] | 5/24/2022 |
| Alexander Khaimov | [signature] | 5/24/2022 |

### Reference Order

IT IS ORDERED: The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: 5/25/2022

[signature]
District Judge's signature

Raymond J. Dearie
Printed name and title

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.